No. 88–7312. SMITH *v.* BUTLER, WARDEN, ET AL. 5th Jud. Dist. Ct. La., Richland Parish. Certiorari denied.

No. 88–7319. JIMENEZ *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., San Mateo County. Certiorari denied.

No. 88–7323. ROSBERG *v.* EISENBEISS. C. A. 8th Cir. Certiorari denied.

No. 88–7325. TURNER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 88–7327. CVIKICK *v.* RAILROAD RETIREMENT BOARD. C. A. 3d Cir. Certiorari denied.

No. 88–7329. GOLMON *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 88–7333. ELAM *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 88–7334. COX *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 88–7337. ROMERO-LOPEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–7338. VAN DAAM *v.* CONNELL ET AL. Sup. Ct. R. I. Certiorari denied.

No. 88–7340. GAWLOSKI *v.* DALLMAN, SUPERINTENDENT, LEBANON CORRECTIONAL INSTITUTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–7341. BELANGER *v.* ALESSI. Sup. Ct. La. Certiorari denied.

No. 88–7344. CORBIT *v.* TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 88–7349. WILLIAMSON *v.* NORTHEAST REGIONAL POST-MASTER GENERAL, UNITED STATES POSTAL SERVICE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–7350. SCHMID *v.* UNITED BROTHERHOOD OF CARPEN-TERS & JOINERS OF AMERICA ET AL. C. A. 8th Cir. Certiorari denied.